DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIEGO ESTRADA,**
Appellant,

v.

**SILVIA MIMS,**
Appellee.

No. 4D2023-2383

[February 7, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. John C. Lenderman, Senior Circuit Judge; L.T. Case No. 502015DR009097XXXMB.

Diego Estrada, Lake Worth, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

KLINGENSMITH, C.J., DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***